NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXSAM, INC.,**
*Plaintiff-Cross Appellant,*

v.

**IDT CORPORATION,**
*Defendant-Appellant.*

---

2012-1063, -1064

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0420, Magistrate Judge Charles Everingham.

---

## ON MOTION

---

## ORDER

Alexsam, Inc. moves for an extension of time, until May 21, 2012, to submit its principal and response brief. IDT Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Alexsam's principal and response brief is due May 21, 2012.

FOR THE COURT

**MAR 29 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Timothy P. Maloney, Esq.
    Glen E. Summers, Esq.

s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 9 2012

JAN HORBALY
CLERK